the Second Circuit granted. *Mr. Ernest G. Metcalfe* for petitioner. *Messrs. Harvey S. Knight* and *George L. Wilkinson* for respondent.

No. 972. DAVID W. PHILLIPS, COLLECTOR OF INTERNAL REVENUE FOR THE TWELFTH PENNSYLVANIA DISTRICT, *v.* INTERNATIONAL SALT COMPANY. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Mitchell* for petitioner. *Mr. Henry B. Twombly* for respondent.

No. 981. U. SHERMAN JOINES *v.* WILLIAM M. PATTERSON, DOROTHY A. McFARLAND, NÉE PATTERSON, SHELBY A. PATTERSON ET AL. March 15, 1926. Petition for writ of certiorari to the Supreme Court of the State of Oklahoma granted. *Mr. William G. Davisson* for petitioner. No appearance for respondents.

No. 984. INDEPENDENT COAL AND COKE COMPANY AND CARBON COUNTY LAND COMPANY *v.* UNITED STATES AND CARBON COUNTY. March 22, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. William D. Riter* and *Frank K. Nebeker* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Parmenter,* and *Mr. Harry S. Underwood* for the United States.

No. 985. EDWARD C. TWIST *v.* PRAIRIE OIL & GAS COMPANY. March 22, 1926. Petition for writ of certiorari to the Court of Appeals for the Eighth Circuit granted. *Mr. D. Hayden Linebaugh* for petitioner. No appearance for respondent.